SURREY STRATHMORE CORPORATION, Respondent, v. MARIE ZOTZ et al., Appellants.— In a summary proceeding to recover possession of real property, order of the County Court of Westchester County, affirming the final order and judgment of the City Court of White Plains in favor of respondent and against appellants, unanimously affirmed, with costs. No opinion. Appeal from judgment of the City Court of White Plains dismissed, without costs. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ.

HERMAN KAHN, Respondent, v. JOSEPH G. GROSSMAN, Appellant.— Appeal by defendant from an order granting plaintiff's motion for an examination before trial. Order affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Carswell, Johnston and Adel, JJ., concur; Wenzel, J., dissents and votes to reverse the order and to deny the motion.

SAM KRUTER, Respondent, v. SUNNYDALE FARMS, INC., Appellant.— Action to recover damages for negligence. Defendant appeals from a judgment in favor of plaintiff, entered upon the verdict of a jury, and from an order denying its motion to set aside the verdict and for a new trial. The plaintiff, an employee of Penn Blue Ridge Dairies, was struck at its premises by a truck owned by defendant but operated by a fellow employee of plaintiff, who, it was claimed by him, was a special employee of the defendant at the time of the occurrence. Judgment and order affirmed, with costs. No opinion. Lewis, P. J., Carswell, Adel and Sneed, JJ., concur; Wenzel, J., dissents and votes to reverse the judgment, to dismiss the appeal from the order, and to dismiss the complaint, with the following memorandum: The plaintiff was an employee of Penn Blue Ridge Dairies, as was the driver of the truck which struck him. The undisputed proof discloses that both of them were, at the time of the accident, under the supervision of an employee of the general employer. The evidence which might lead to an inference that the driver was, at times, in the special employ of the defendant, applied no less to the plaintiff than to the driver, for the proof is that when present, the supervisor in the employ of the defendant directed the work of all the employees of Penn Blue Ridge Dairies.

CATHERINE LOPEZ et al., Appellants, v. JOHN C. LINDSAY COMPANY, Respondent, et al., Defendants.— In an action for libel, slander, negligence and malicious circulation of false reports, judgment dismissing the complaint at the close of plaintiffs' case unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post*, p. 892.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN ADLER, Appellant.— Judgment of the County Court of Queens County, convicting defendant of the crimes of sodomy and assault in the second degree, reversed on the law and a new trial ordered. Findings of fact implicit in the verdict of the jury are affirmed. The court's extended cross-examination of defendant's witnesses, the leading questions which it propounded, its undue curtailment of the cross-examination of the complainant, and its disparaging remarks directed to defendant's counsel constituted prejudicial error and deprived defendant of a fair and impartial trial. Any new trial should be had before another judge. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.